UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-　　　　　　　　　　　　　　　　　　　　　No. 23CR213-LTS

GAMAL ABDO ALROBAYE,

      Defendant.

-------------------------------------------------------------X

**ORDER**

      As stated on the record on May 9, 2023, David Greenfield, Esq., is relieved as CJA counsel and Robert A. Gross, Esq. is also relieved as retained counsel for the defendant. The defendant in the above-captioned matter is now represented by retained counsel, James Kousouros, Esq.

      SO ORDERED.

Dated:  New York, New York
       May 11, 2023

                                       /s/  Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       United States District Judge