# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

May 13, 2024

By ECF

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Gamal Abdo Alrobaye*, 23 Cr. 213 (LTS)

Dear Chief Judge Swain:

     The parties respectfully request that the conference in this matter currently scheduled for May 14, 2024, be adjourned until June 26, 2024, at 12:00 p.m., which date and time the parties understand to be convenient for the Court. We respectfully request, that the time between May 14, 2024, and the date of the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and submit that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties additional time to discuss the possibility of pretrial resolution of this case.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Gamal Abdo Alrobaye*

Cc:   AUSA Alexandra S. Messiter (By ECF)

     The foregoing request is granted. The next pretrial conference in this proceeding is adjourned to June 26, 2024 at 12:00 p.m., in Courtroom 17C. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through June 26, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. This resolves docket entry no. 36. SO ORDERED.
Dated: 5/13/2024
/s/ Laura Taylor Swain, Chief U.S.D.J.