

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 25, 2024

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

    Re:    *United States v. Gamal Abdo Alrobaye*, 23 Cr. 213 (LTS)

Dear Chief Judge Swain:

        The parties respectfully request that the conference in this matter currently scheduled for June 26, 2024, be adjourned until August 1, 2024 at 2:30 p.m., a date and time that the parties understand is convenient for the Court. The Government also respectfully requests, with the consent of the defendant, that the time between June 26, 2024, and the date of the next conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties additional time to discuss the possibility of pretrial resolution of this case.

The foregoing request is granted. The next pretrial conference in this proceeding is adjourned to August 1, 2024 at 2:30 p.m., in Courtroom 17C. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through August 1, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. This resolves docket entry no. 38. SO ORDERED.

Dated: 6/25/2024
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Alexandra S. Messiter
Assistant United States Attorney
(212) 637-2544

Cc: James Kousouros, Esq. (by ECF)