# JAMES KOUSOUROS
### ATTORNEY AT LAW

**JAMES KOUSOUROS**
FOUNDER & PRINCIPAL

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

EMMA J. COLE
LEGAL ASSISTANT

September 27, 2024

By ECF

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:    *United States v. Gamal Abdo Alrobaye*, 23 Cr. 213 (LTS)

Dear Chief Judge Swain:

The parties respectfully request that the appearance in this matter currently scheduled for October 2, 2024, be adjourned until October 10, 2024, at 12:00 p.m., which date and time the parties understand to be convenient for the Court.

We respectfully request, that the time between October 2, 2024, and the date of the next appearance be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) as the ends of justice are served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial. The proposed exclusion will allow the parties additional time to finalize the pretrial resolution of this case.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Gamal Abdo Alrobaye*

Cc:    AUSA Alexandra S. Messiter (By ECF)

The foregoing request is granted. The next pretrial conference in this proceeding is adjourned to October 10, 2024, at 12:00 p.m., in Courtroom 17C. The Court finds pursuant to 18 USC section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through October 10, 2024, outweigh the best interests of the public and the defendant in a speedy trial to afford time for the parties to discuss pretrial resolutions of this case. This resolves docket entry no. 44. SO ORDERED.

Dated: September 30, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.