

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 3, 2024

**BY ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. Gamal Abdo Alrobaye*, 23 Cr. 213 (LTS)

Dear Chief Judge Swain:

The parties respectfully request that sentencing in the above-referenced matter be adjourned until April 29, 2025 at 11:00 a.m., which date and time the parties understand to be convenient for the Court, in order to permit additional time for the preparation of the Presentence Investigation Report.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Alexandra S. Messiter
Alexandra S. Messiter
Assistant United States Attorney
(212) 637-2544

The foregoing request is granted. Sentencing in this case will be adjourned to April 29, 2025, at 11:00 a.m. This resolves docket entry no. 49. SO ORDERED.

Date: December 4, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.

Cc: James Kousouros, Esq. (by ECF)