# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

March 1, 2024

By ECF

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:    *United States v. Gamal Abdo Alrobaye*, 23 Cr. 213 (LTS)

Dear Chief Judge Swain:

    This letter is respectfully submitted to request a 7-day extension by which to file our objections to the draft Presentence Investigation Report. Objections are currently due March 4, 2025.

    The undersigned has been on trial before the Hon. Danny K. Chun in Kings Supreme Criminal Term in the matter of the *People v. Sanford Solny*, IND-70212-23/001 since December 2024. The trial will continue into March 2025. The requested adjournment will permit the undersigned to meet with Mr. Alrobaye and submit any objections on his behalf.

    Pretrial Services Officer Simone Belgrave and Assistant United States Attorney Alexandra S. Messiter have no objection to this request.

    Thank you for your consideration.

The foregoing request is granted. This resolves docket entry no. 54. SO ORDERED.

Dated: March 3, 2025
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Gamal Abdo Alrobaye*

cc:    AUSA Alexandra S. Messiter (By ECF)

       Pretrial Services Officer Simone Belgrave