# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

April 1, 2025

By ECF

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Gamal Abdo Alrobaye*, 23 Cr. 213 (LTS)

Dear Chief Judge Swain:

The parties respectfully request that the sentence in this matter currently scheduled for April 29, 2025, be adjourned until June 6, 2025, at 11:30 a.m., which date and time the parties understand to be convenient for the Court. The requested adjournment will permit the undersigned to meet with Mr. Alrobaye and prepare a comprehensive sentencing memorandum on his behalf.

Thank you for your consideration.

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Gamal Abdo Alrobaye*

Cc:    AUSA Alexandra S. Messiter (By ECF)

The foregoing request is granted. Sentencing in this case is adjourned to June 6, 2025, at 11:30 a.m., in Courtroom 17C. This resolves docket entry no. 56. SO ORDERED.

Dated: April 2, 2025
/s/ Laura Taylor Swain, Chief U.S.D.J.