# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

May 20, 2025

By ECF

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Gamal Abdo Alrobaye*, 23 Cr. 213 (LTS)

Dear Chief Judge Swain:

The letter is respectfully submitted to request that the sentence in this matter currently scheduled for June 6, 2025, be adjourned until a date in late July 2025.

The undersigned recently completed a trial that began in December 2024, in Kings Supreme Criminal Court before the Hon. Danny K. Chun in the matter of the *People v. Sanford Solny*, IND-70212-23. We are now scheduled to commence a trial on June 16, 2025, before Judge Gregory Woods in the matter of *United States v. Kostin et al.,* 24 Cr. 091 (GHW). We expect the trial to last approximately three weeks. These matters have been extremely time consuming and the requested adjournment will permit the undersigned to meet with Mr. Alrobaye and prepare a comprehensive sentencing memorandum on his behalf.

The Government has no objection to this request.

Thank you for your consideration.

The foregoing request is granted.  Sentencing in this case is adjourned to July 28, 2025, at 2:30 p.m.  This resolves docket entry no. 59.  SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Date: May 22, 2025

Respectfully submitted,

*/s/ James Kousouros*
James Kousouros, Esq.
*Counsel for Gamal Abdo Alrobaye*

cc:    AUSA Alexandra S. Messiter (By ECF)