UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

   -v-                                                    No.   23-CR-213-LTS

GAMAL ABDO ALROBAYE,

        Defendant.

-------------------------------------------------------x

## SEALING ORDER

At the sentencing hearing on July 28, 2025, Mr. Alrobaye moved for approval of the redaction and sealing of certain portions of his sentencing submission and its supporting exhibits that contain the names of Mr. Alrobaye's minor children, as well as confidential medical information related thereto, which application the Court granted, to protect the legitimate privacy interests of the individuals involved. The redacted version of his submission is filed at docket entry nos. 61, 61-1, and 61-2.

To effectuate sealing, counsel for Mr. Alrobaye is directed to promptly bring a complete, unredacted copy of Mr. Alrobaye's sentencing submission to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal, along with a copy of this Order.

       SO ORDERED.

Dated: New York, New York
       July 28, 2025

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge