# JAMES KOUSOUROS
### ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EMMA J. COLE
LEGAL ASSISTANT

October 14, 2025

<u>By ECF</u>

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Gamal Abdo Alrobaye*, 23 Cr. 213 (LTS)

Dear Chief Judge Swain:

The letter is respectfully submitted to request that the Court extend Mr. Alrobaye's October 23, 2025 surrender date by 30-days.

Mr. Alrobaye has yet to receive his designation notice. As the Court may recall, at the July 28, 2025 sentence the Court sentenced Mr. Alrobaye to three months imprisonment, and recommended that Mr. Alrobaye " … be designated to the nearest suitable facility in the New York City Metropolitan area (other than MDC) … [and] that [Mr. Alrobaye] be designated to the Residential Reentry Center for the maximum permissible period of time." *See* D.E. 65, Judgment, page 2.

As Mr. Alrobaye has not yet received his designation notice, we respectfully request a 30-day extension to his surrender date so that he may receive his designation notice and avoid his surrender to the MDC, Brooklyn.

The Government has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

<u>/s/ James Kousouros</u>
James Kousouros, Esq.
*Counsel for Gamal Abdo Alrobaye*

cc:   AUSA Alexandra S. Messiter (By ECF)

The foregoing request is granted. Mr. Alrobaye's date of surrender is extended to **November 24, 2025** to afford adequate time for him to receive his designation notice before surrender.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: October 15, 2025